IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE E. TATE, SR., | : |
| Plaintiff, | : C.A. NO. 04-103E |
| vs. | : (THE HONORABLE MAURICE B. COHILL, JR.) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; et al. | : |
| Defendants. | : |

## ORDER

AND NOW, this 16th day of September, 2005, upon consideration of the parties' Joint Motion for an Extension of Time, it is hereby **ORDERED** that such motion is **GRANTED**. Accordingly, it is further **ORDERED** that the following dates shall apply to this matter:

The parties shall complete discovery on or before December 1, 2005.

The parties shall file motions for judgment on the pleadings, for summary judgment, or to dismiss, if appropriate, on or before January 2, 2006.

Responses to such motions shall be accompanied by briefs and filed on or before January 30, 2006.

On or before February 13, 2006, the movant shall file a joint concise statement of material facts which combines the movant's concise statement of material facts with the responsive concise statement.

If the parties do not file motions for judgment on the pleadings, for summary judgment, or to dismiss, plaintiff's pretrial narrative shall comply with Local Rule 16.1.4A and be filed on or before January 30, 2006.

If the case is not to be decided on dispositive motions, the case shall be called for trial in the spring of 2006.

All other deadlines and/or instruction set forth in the June 20, 2005 Case Management Order shall remain the same.

BY THE COURT:

*Maurice B. Cohill, Jr.*
J.

-4-