**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIE E. TATE, SR., | : | |
| | : | C.A. NO. 04-103E |
| Plaintiff, | : | |
| | : | |
| vs. | : | (THE HONORABLE MAURICE B. COHILL, JR.) |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY; et al. | : | |
| | : | |
| Defendants. | : | |

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Willie E. Tate, Sr. and Defendant Hartford Life and Accident Insurance Company, by their undersigned counsel, who are duly authorized to enter this Stipulation, having reached an agreement to resolve all outstanding issues between them, hereby agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own attorneys' fees and costs.

Dated:  January 5, 2006                                  Respectfully submitted,


_s/      James P. Miller_____                   _s/      Brian P. Downey_____
James P. Miller (PA _____)                       Brian P. Downey(PA 59891)
SCIARRINO TEWINKLE & MILLER          PEPPER HAMILTON, LLP
607 W. Main Street                               P.O. Box 1181
P.O. Box 3365                                    Harrisburg, PA 17108-1181
Smethport, PA  16749                             Phone:       (717) 255-1155
Phone:       (814) 887-5633                      Fax:         (717) 238-0575
                                                 Email:       downeyb@pepperlaw.com


Attorney for Plaintiff                           Attorney for Defendant

                                                 APPROVED BY THE COURT


                                                 _____
                                                 Maurice B. Cohill, Jr.
                                                 United States District Judge