IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE E. TATE, SR., | : C.A. NO. 04-103E |
| Plaintiff, | : |
| vs. | : (THE HONORABLE MAURICE B. COHILL, JR.) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; et al. | : |
| Defendants. | : |

### STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Willie E. Tate, Sr. and Defendant Hartford Life and Accident Insurance Company, by their undersigned counsel, who are duly authorized to enter this Stipulation, having reached an agreement to resolve all outstanding issues between them, hereby agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own attorneys' fees and costs.

Dated: January 5, 2006

Respectfully submitted,

s/   James P. Miller
James P. Miller (PA _____)
SCIARRINO TEWINKLE & MILLER
607 W. Main Street
P.O. Box 3365
Smethport, PA 16749
Phone:   (814) 887-5633

Attorney for Plaintiff

s/   Brian P. Downey
Brian P. Downey (PA 59891)
PEPPER HAMILTON, LLP
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone:   (717) 255-1155
Fax:     (717) 238-0575
Email:   downeyb@pepperlaw.com

Attorney for Defendant

APPROVED BY THE COURT

1/9/06   _____
Maurice B. Cohill, Jr.
United States District Judge